IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

Petitioner,

V.

ROY DUTCHER, Manager,
First Electric, LLC,

Respondent.

CASE NO. C2-11-0010
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING

### ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

IT IS SO ORDERED.

1-24-2011
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE